CHENEY BIGELOW WIRE WORKS *vs.* PETER SORRELL
& another.

Berkshire.   Sept. 15. — Oct. 21, 1886.   · DEVENS, W. ALLEN, & C. ALLEN,
JJ., absent.

A. sent a postal card, signed by him, to B., containing the following: "Please send
us pice of counter screen like draft." Upon this card was a draft of a counter
screen with the measurements thereof. *Held*, in an action by B. against A. for
the price of the goods named, that the writing presented a case of incurable un-
certainty ; and that the judge properly refused to submit it to the jury to deter-
mine whether the letters "pice" meant "piece" or "price."

MORTON, C. J.   This is an action to recover the price of a
"counter rail." The plaintiff put in evidence a postal card
signed by the defendants, of which the substance is as follows :
"Please send us pice of counter screen like draft." Upon this
card was a draft of a counter screen with the measurements
thereof. The court rightly ruled that this order was unmean-
ing and unintelligible, and that it could not be construed as an
order for a piece of counter railing. It presents a case of in-
curable uncertainty ; and the court properly refused to submit
it to the jury to determine whether the letters "pice" meant
"piece" or "price." These letters do not mean anything, and
neither the court nor the jury can construe them as meaning
"piece."

There was no valid written order ; and the question whether
the defendants intended to order a piece of counter rail, and,
either expressly or by implication, promised to pay for it, was
submitted to the jury with instructions of which the plaintiff
does not complain, and which were sufficiently favorable to it.

*Plaintiff's exceptions overruled.*

*M. E. Couch*, for the plaintiff.
*S. P. Thayer*, for the defendant.